DAVIDSON, APPELLANT, *v.* BP AMERICA, INC. ET AL., APPELLEES.

[Cite as *Davidson v. BP Am., Inc.* (1999), 84 Ohio St.3d 1255.]

(No. 97–2653—Submitted January 26, 1999—Decided March 3, 1999.)

---

*Lanciome & Simon, P.L.L., Ellen S. Simon* and *Christopher P. Thorman,* for appellant.

*Squire, Sanders & Dempsey, L.L.P., Thomas S. Kilbane, Richard Gurbst* and *Steven A. Friedman,* for appellees BP America, Inc. and Raymond N. Fritz.

*Ulmer & Berne L.L.P., Stephen A. Markus* and *Lawrence D. Pollack,* for appellees Coopers & Lybrand L.L.P., and John Easton.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

PFEIFER, J., dissents and would affirm the judgment as to BP America, Inc. and reverse the judgment as to Coopers & Lybrand L.L.P.